UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

EVELYN MONTOYA and ALBA MONTOYA,

        Plaintiffs,

vs.                                Case No. 3:06-cv-385-J-33TEM

JAMES GREEN and ROBERT L. BROWN
d/b/a MOUNTAIN SHADOWS CARTAGE
COMPANY,

        Defendants.
_____/

**ORDER**

    This matter comes before the Court pursuant to Plaintiff's Amended Motion for Remand (Doc. # 10), filed on June 30, 2006. Defendants filed a response on July 20, 2006. (Doc. # 13.) On September 12, 2006, Defendants filed a supplemental response stating that they do not oppose remand to state court. (Doc. # 16.)

    Defendants initially removed this matter to federal court on the basis of diversity jurisdiction. (Doc. 1, p. 2.) Diversity jurisdiction requires diversity of citizenship and an amount in controversy exceeding $75,000. 28 U.S.C. § 1332(a). Plaintiffs' motion avers, "there is no evidence that the amount in controversy was in excess of $75,000.00 at the time the case was filed." (Doc. # 10, p. 2.) Thus, Plaintiffs argue, diversity jurisdiction does not lie. In their supplemental response, Defendants state that Plaintiffs have admitted the amount in controversy does not exceed $75,000. (Doc. # 16, p. 1.)

Under 28 U.S.C. § 1447(c) requires a U.S. District Court to remand a case to state court "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction."   28 U.S.C. § 1447(c).   Because the amount-in-controversy threshold is not met, it appears this Court lacks subject matter jurisdiction.  In addition, Defendants do not oppose Plaintiffs' motion to remand.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1.   Plaintiff's Amended Motion for Remand (Doc. # 10) is **GRANTED**.  This case is hereby **REMANDED** to the Circuit Court of the Fourth Judicial Circuit of Florida, Duval County, Florida.

2.   The Clerk is directed to close the case and terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 18th day of October 2006.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record